IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC.<br>　　　Plaintiff | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| CEASER FLORES, Correctly known as Cesar Flores, and ALVIN E. KING<br>　　　Defendants | §<br>§<br>§<br>§ | |
| AND | §<br>§ | |
| MARIA M. TREVINO AND ARTURO TREVINO<br>　　　Intervenors | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:09cv312 |
| VS. | §<br>§ | |
| CLAYTON HOMES, INC.;<br>CMH HOMES, INC.;<br>VANDERBILT MORTGAGE AND FINANCE, INC.; KEVIN T. CLAYTON;<br>JOHN WELLS; AND<br>BENJAMIN JOSEPH FRAZIER | §<br>§<br>§<br>§<br>§<br>§ | |

**PLAINTIFF/COUNTER-DEFENDANT VANDERBILT MORTGAGE AND FINANCE, INC. AND INTERVENTION DEFENDANTS CMH HOMES, INC., CLAYTON HOMES, INC. AND KEVIN T. CLAYTON'S RULE 26(a) EXPERT DISCLOSURE**

TO:   Defendant/Counter-Plaintiff Cesar Flores and Alvin E. King, by and through their attorney of record, Baldemar Gutierrez, Gutierrez Law Firm, Inc., 700 East 3rd Street, Alice, Texas 78332.

Intervenor Maria M. Trevino, by and through her attorney of record, David L. Rumley, Wigington Rumley Dunn, LLP, 800 North Shoreline, 14th Floor, South Tower, Corpus Christi, Texas 78401.

　　　　　Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) and the Court's Docket

Control Order dated January 7, 2010, Plaintiff/Counter-Defendant/Intervention Defendant

1

Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt") hereby serves this disclosure in support of its claim-in-chief upon counsel. Although Intervention Defendants CMH Homes, Inc. ("CMH"), Clayton Homes, Inc. ("CHI"), and Kevin T. Clayton ("Mr. Clayton") do not need to designate responsive expert witnesses until August 11, 2010, CMH, CHI, and Mr. Clayton hereby also designate the witness listed below. Vanderbilt, CMH, CHI and Mr. Clayton reserve the right to amend and/or supplement these disclosures. Vanderbilt, CMH, CHI and Mr. Clayton also reserve the right to call to testify any expert witnesses designated by Defendants/Counter-Plaintiffs Cesar Flores and Alvin E. King, and/or by Intervenors Maria M. Trevino and Arturo Trevino.

(A)     The identity of any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.

R. Bryan Stone
Gary, Thompson, Halls & Marks, P.C.
615 N. Upper Broadway, Suite 800
P.O. Box 2888
Corpus Christi, Texas 78477-0033
Phone: 361.884.1961

(B)     With respect to a witness who is retained or specially employed to provide expert testimony in this case, a written report prepared and signed by the witness. The report shall contain the qualifications of the witness, including all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a list of all other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

Please see the attached report of Mr. Stone, which includes Mr. Stone's qualifications, list of other cases in which he has testified as an expert within the last four years, and a statement of his compensation. (Pursuant to the Court's January 7, 2010 Docket Control Order, this report is being served on counsel but is not being filed with this expert disclosure.)

Dated:  July 22, 2010                                     Respectfully submitted,

    /s/ Jorge C. Rangel_____
Jorge C. Rangel
Attorney-in-Charge
State Bar No. 16543500
Federal I.D. No. 5698
Jaime S. Rangel
State Bar No. 24033759
Federal I.D. No. 32226
The Rangel Law Firm, P.C.
615 Upper N. Broadway, Suite 2020
Corpus Christi, Texas  78401
Telephone: (361) 883-8500
Facsimile: (361) 883-2611
Email: jorge.c.rangel@rangellaw.com
Email: jaime.rangel@rangellaw.com

ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT VANDERBILT MORTGAGE AND FINANCE, INC., CMH HOMES, INC., CLAYTON HOMES, INC., AND KEVIN T. CLAYTON

OF COUNSEL:

BAKER BOTTS L.L.P.
Cristina Espinosa Rodriguez
State Bar No. 00793701
Federal I.D. No. 20575
Timothy C. Shelby
State Bar No. 24037482
Federal I.D. No. 39044
Sarah J. Cottrell
State Bar No. 24065085
Federal I.D. No. 1043442
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone:  (713) 229-1188
Facsimile:  (713) 229-7788
E-mail: cristina.rodriguez@bakerbotts.com
E-mail: tim.shelby@bakerbotts.com
E-mail: sarah.cottrell@bakerbotts.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to all counsel of record via certified mail, return receipt requested, on this 22nd day of July, 2010, addressed as follows:

David L. Rumley
Wigington Rumley, LLP
800 N. Shoreline
14th Floor - South Tower
Corpus Christi, Texas 78401
(**with expert report**)

Baldemar Gutierrez
Gutierrez Law Firm, Inc.
700 East 3rd Street
Alice, Texas 78332
(**with expert report**)

　　　　　　　　　　　　　　　　　　　　　　/s/ Jorge C. Rangel_____
　　　　　　　　　　　　　　　　　　　　　　Jorge C. Rangel