```
 1                  IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
 2                        CORPUS CHRISTI DIVISION


 3
     VANDERBILT MORTGAGE AND         *    CIVIL ACTION
 4   FINANCE, INC., ET AL.,          *
                                     *    CA-C-09-312
 5            PLAINTIFFS,            *
                                     *
 6   VS.                             *
                                     *    CORPUS CHRISTI, TEXAS
 7   CESAR FLORES, ET AL.,           *    NOVEMBER 18, 2010
                                     *    10:11 A.M.
 8            DEFENDANTS.            *
                                     *
 9   * * * * * * * * * * * * * * * *

10
              PARTIAL TRANSCRIPT OF JURY TRIAL - DAY 7
11              (COMMENTS AFTER DISMISSAL OF JURY)

12            BEFORE THE HONORABLE JANIS GRAHAM JACK
                    UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15   FOR THE PLAINTIFFS:      MR. JORGE C. RANGEL
                              THE RANGEL LAW FIRM
16                            615 NORTH UPPER BROADWAY, SUITE 2020
                              CORPUS CHRISTI, TEXAS 78401-0782
17
                              MS. CRISTINA ESPINOZA RODRIGUEZ
18                            BAKER BOTTS
                              910 LOUISIANA, SUITE 3624
19                            HOUSTON, TEXAS 77002-4995

20            (APPEARANCES CONTINUED ON PAGE 2)

21
     COURT RECORDER:          MS. VELMA GANO
22

23      PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING
          TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE:
24              MOLLY CARTER, P. O. BOX 270203
           CORPUS CHRISTI, TEXAS 78427 (361) 945-2525
25
```

```
 1   APPEARANCES:  (CONTINUED)

 2
     FOR THE PLAINTIFFS:        MR. PATTON G. LOCHRIDGE
 3                              MR. CARLOS R. SOLTERO
                                McGINNIS LOCHRIDGE & KILGORE, L.L.P.
 4                              600 CONGRESS AVENUE, SUITE 2100
                                AUSTIN, TEXAS 78701
 5
                                MR. EDWARD S. SLEDGE, IV
 6                              MR. THOMAS W. THAGARD, III
                                MAYNARD COOPER & GALE, P.C.
 7                              1901 SIXTH AVENUE NORTH, SUITE 2400
                                BIRMINGHAM, ALABAMA 35203-2618
 8
     FOR THE DEFENDANTS         MR. BALDEMAR F. GUTIERREZ
 9   FLORES AND KING:           MR. J. JAVIER GUTIERREZ
                                THE GUTIERREZ LAW FIRM, INC.
10                              700 EAST THIRD STREET
                                ALICE, TEXAS 78332
11
     FOR ARTURO TREVINO:        MR. DAVID L. RUMLEY
12                              WIGINTON RUMLEY DUNN, L.L.P.
                                123 NORTH CARRIZO STREET
13                              CORPUS CHRISTI, TEXAS 78401

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1            (The proceedings began at 10:11 a.m.)
2            (Call to Order of the Court.)
3                         *  *  *  *  *
4            (Excerpt beginning at 12:00:50 p.m.)
5                 THE COURT:  Thank you.  You may be seated.  Anything
6    further?
7                 MR. SOLTERO:  Your Honor, we'll be filing --
8                 THE COURT:  I expected you would.
9                 MR. SOLTERO:  But briefly, it does appear that
10   there's redundancy, that the damages were more than once for
11   the same --
12                THE COURT:  I think there are two sets of damages
13   that are redundant; not the RICO, because you get those, I
14   think, in addition to anything else.  But the two 15,000, the
15   other two $15,000 awards may be redundant.  You may be only
16   allowed to recover one set of those 15,000, and then one set of
17   the RICO 15,000, and then one, the one exemplary that was given
18   for the rest.
19                MR. RUMLEY:  And we'll be submitting a motion on
20   costs and attorney's fees as well.
21                THE COURT:  Okay.
22                MR. JAVIER GUTIERREZ:  So will we.
23                MR. SOLTERO:  And we'll be filing appropriate
24   responses and the other motion as well, Your Honor.
25                THE COURT:  All right.  Well, just be glad they
```

```
 1  didn't hire your handwriting expert.
 2          MR. RANGEL:  And Judge --
 3          THE COURT:  That was just a little joke.
 4          MR. RANGEL:  We would like to --
 5          MR. LOCHRIDGE:  It just hurts when I laugh.
 6          MR. RANGEL:  We would like, on the record, to express
 7  our appreciation for the time that the Court gave us to work on
 8  this.
 9          THE COURT:  And my clerks and all the rest of the
10  staff.
11          MR. RANGEL:  I was going to continue with that.
12          THE COURT:  Thank you.
13          MR. RANGEL:  And we just thank you for giving us the
14  opportunity to present the full --
15          THE COURT:  Well, it was a real pleasure to see you
16  all.  I mean, your briefs were incredible.  The arguments were
17  good.  Your professionalism was -- it's just such a pleasure,
18  you know, Mr. Rangel, to sit as a Judge with excellent lawyers.
19          And so I thank you all very much.  And again, I told
20  you that not everybody's going to win in a case like this, but
21  I know that each of your clients was pleased with your
22  representation.  So thank you all very much.  You're excused.
23          MR. RANGEL:  Thank you, Your Honor.
24          MR. JAVIER GUTIERREZ:  We thank the Court and the
25  staff for all of its help on behalf of Cesar Flores and --
```

```
 1                THE COURT:  Yeah, all these people are the court.
 2                MR. JAVIER GUTIERREZ:  Yes.
 3                THE COURT:  Like I told Mr. Rangel, I just get to sit
 4    up here with the robe.
 5                MR. JAVIER GUTIERREZ:  Thanks for your hard work,
 6    Your Honor.  Appreciate it.
 7                THE COURT:  Thank you all very much.
 8                MR. RUMLEY:  Thank you, Your Honor.
 9           (Proceedings concluded at 12:03 p.m.)
10
11
12
13
14    I, court approved transcriber, certify that the foregoing is a
      correct transcript from the official electronic sound recording
15    of the proceedings in the above-entitled matter.
16
17
18
      /s/ Molly Carter                    January 31, 2011
19    Molly Carter                        Date
20
21
22
23
24
25
```